

# NUMBER 13-21-00217-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

### IN RE KINGMAN HOLDINGS, LLC, AS TRUSTEE

### On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

On July 16, 2021, relator Kingman Holdings, LLC as Trustee for Keeton Avenue 1412 #11 Land Trust filed a petition for writ of mandamus in the above-referenced cause. Through this original proceeding, relator seeks to compel the trial court to grant relator's motion for summary judgment against Debani Sarahi Galvan and Armando Flores pursuant to Texas Rule of Civil Procedure 166a(i). *See* TEX. R. CIV. P. 166a(i) ("After adequate time for discovery, a party without presenting summary judgment evidence may move for summary judgment on the ground that there is no evidence of one or more

essential elements of a claim or defense on which an adverse party would have the burden of proof at trial.").

The Court requests that the real parties in interest, Galvan and Flores, or any others whose interest would be directly affected by the relief sought, including but not limited to Las Jollas Condominium Association, Inc., Esponjas Development, LTD, and Eduardo Cantu, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
19th day of July, 2021.